

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Daniel Scott Bradford
a/k/a Daniel Bradford,

Vs. No. 11-17-00176-CR

The State of Texas,

\* From the 266th District Court
 of Erath County
Trial Court No. CR14801.

\* January 5, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.